JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISTIN D. KING,<br>        Plaintiff<br>    v.<br>JAMAR WILLIAMS, et al.,<br>        Defendants. | Case No. 2:20-cv-0209-DOC (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Dismissing Action Without Prejudice,

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.


DATED:   ____May 31, 2022_____.



_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE